AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| ZACHARY DISAVLO | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 19-cv-425 |
| CRM US, INC. d/b/a INSPIRO | ) ) ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CRM US, Inc. d/b/a Inspiro
301 S Bedford St, Ste 1
Madison, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hawks Quindel, S.C.
David C. Zoeller
Caitlin M. Madden
P.O. Box 2155
Madison, WI 53701-2155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  5/24/2019

s/ J. Titak

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-425

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CRM US, Inc. d/b/a Inspiro</u> was received by me on *(date)* <u>May 27th, 2019.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Angie Garcia, CSR, CT Corporation System</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>CRM US, Inc. d/b/a Inspiro</u> on *(date)* <u>Fri, May 31 2019, 12:45 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ <u>0.00</u> for travel and $ <u>45.00</u> for services, for a total of $ <u>45.00</u>.

I declare under penalty of perjury that this information is true.

Date: June 02, 2019

_____
*Server's signature*

David Overlin, Process Server
*Printed name and title*

2810 Crossroads Dr. Suite 4000 PO Box 8066, Madison, WI 53708-8066
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 31, 2019, 12:45 pm CDT at Company: 301 S Bedford St Suite 1, Madison, WI 53703 received by Angie Garcia, CSR, CRM US, Inc. d/b/a Inspiro, c/o CT Corporation System. Age: 40-45; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Blond;
Served.

Also Served: Collective and Class Action Complaint, Exhibit A, Civil Cover Sheet, Disclosure of Corporate Affiliations and Financial Interest, Order, Notice of Assignment to a Magistrate Judge and Consent/Request for Reassignment, Order Governing Filing of Dispositive Motions Prior to Preliminary Pretrial Conference