# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**ZACHARY DISALVO,**
individually and on behalf of
all those similarly situate,

        Plaintiff,

        Case No. 19-cv-425

    v.

**CRM US, INC. d/b/a/ INSPIRO**,
4230 Argosy Court, Suite 100
Madison, WI 53714

        Defendant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant CRM US, Inc. d/b/a Inspiro ("Inspiro"), by and through undersigned counsel, moves the Court for entry of an order extending Inspiro's time to answer or otherwise respond to Plaintiff's Complaint from June 24, 2019, to and including July 8, 2019. In support of this Motion, Inspiro states as follows:

1. Plaintiff filed its Complaint in this action on May 24, 2019.

2. Inspiro was served with the Summons and Complaint on May 31, 2019.

3. Currently, the deadline for Inspiro to answer or otherwise respond to Plaintiff's Complaint is June 24, 2019.

4. Inspiro is diligently working to investigate the allegations raised in Plaintiff's Complaint and to prepare a responsive pleading, but requires additional time to do so. Accordingly, Inspiro requests an extension of time to answer or otherwise respond to Plaintiff's Complaint by July 8, 2019.

5. Undersigned counsel conferred with counsel for the Plaintiff, who has agreed to the extension sought in this Motion.

WHEREFORE Defendant Inspiro respectfully requests that the Court enter an order extending its time to answer or otherwise respond to Plaintiff's Complaint from June 24, 2019, to and including July 8, 2019.

Dated this 19th day of June, 2019.

**PALMERSHEIM DETTMANN, S.C.**

<u>Electronically signed by Erin E. Rome</u>
Erin E. Rome
Wisconsin State Bar #1083092
Kevin J. Palmersheim
Wisconsin State Bar #1020726
1424 N. High Point Road, Ste. 202
P.O. Box 628005
Middleton, WI 53562-8005
(608) 836-6400

*Attorneys for Defendant CRM US, Inc.
d/b/a Inspiro*