UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**ZACHARY DISALVO,**
individually and on behalf of
all those similarly situate,

      Plaintiff,

                   Case No. 19-cv-425

  v.

**CRM US, INC. d/b/a/ INSPIRO**,
4230 Argosy Court, Suite 100
Madison, WI 53714

      Defendant.

---

## NOTICE OF APPEARANCE

---

  Please take notice that Palmersheim Dettmann, S.C., by Attorney Kevin J. Palmersheim, hereby appears in the above-entitled action as attorney for Defendant CRM US, Inc. d/b/a Inspiro. Copies of all papers in this action should be served upon me electronically by and through the Court's e-filing system.

  Dated this 19th day of June, 2019.

                **PALMERSHEIM DETTMANN, S.C.**

                <u>Electronically signed by Kevin J. Palmersheim</u>
                Kevin J. Palmersheim
                Wisconsin State Bar #1020726
                Erin E. Rome
                Wisconsin State Bar #1083092
                1424 N. High Point Road, Ste. 202
                P.O. Box 628005
                Middleton, WI  53562-8005
                (608) 836-6400

                *Attorney for Defendant CRM US, Inc.*
                *d/b/a Inspiro*