IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**ZACHARY DISALVO**,
individually and on behalf of
all those similarly situated,

                Plaintiff,

                Case No: 19-cv-425

    vs.

**CRM US, INC. d/b/a INSPIRO**,

                Defendant.

# UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, by and through his undersigned counsel, hereby moves the Court for:

(1) An order preliminarily approving the Settlement Agreement in this case;

(2) All other relief as set forth in Plaintiff's Proposed Order for Preliminary Approval.

For the reasons outlined in the supporting brief filed herewith, the parties believe the Settlement Agreement provides for a fair resolution of the disputes between the parties and respectfully request that the Court grant preliminary approval of the settlement.

Respectfully submitted this 22nd day of September, 2020.

        Attorneys for the Plaintiff

        By: */s/David C. Zoeller*
        **HAWKS QUINDEL, S.C.**
        David C. Zoeller, State Bar No. 1052017
        Email: dzoeller@hq-law.com
        Caitlin M. Madden, State Bar No. 1089238
        Email: cmadden@hq-law.com
        Vanessa A. Kuettel, State Bar No. 1088329
        Email: vkuettel@hq-law.com
        Post Office Box 2155
        Madison, WI 53701-2155
        Telephone: 608-257-0040
        Facsimile: 608-256-0236