IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**ZACHARY DISALVO**,
individually and on behalf of
all those similarly situated,

           Plaintiff,

           Case No: 19-cv-425

vs.

**CRM US, INC. d/b/a INSPIRO**,

           Defendant.

# UNOPPOSED MOTION FOR FINAL APPROVAL OF
# CLASS ACTION SETTLEMENT

Plaintiff and participating class members, by and through their undersigned counsel, hereby jointly move the Court for a final order approving the settlement of this class action as follows:

1. Finally approving the Settlement Agreement (dkt. 59), adjudging its terms to be fair, reasonable, and adequate, and directing consummation of its terms and provisions;

2. Finally approving the enhancement payment of $1,500 to Named Plaintiff, Zachary DiSalvo;

3. Finally approving Plaintiff's Unopposed Motion for Class Counsel's Costs and Attorneys' Fees, and awarding Class Counsel costs and attorneys' fees in the total amount of $61,771.15;

4. Finally approving the settlement amounts to be paid to the participating settlement class members as detailed in dkt. 59.3;

5. Dismissing the Lawsuit and Plaintiff's Complaint on the merits with prejudice, and barring and permanently enjoining, to the fullest extent of applicable law, Named Plaintiff and all class members (aside from those filing timely and valid requests for exclusion) from pursuing any claims that were released against Defendant, as set forth in Section 8 of the Settlement Agreement.

For the reasons outlined in the memorandum of law filed herewith, Plaintiff believes the Settlement Agreement provides for a fair resolution of the disputes between the parties and respectfully requests that the Court grant final approval of the settlement.

Respectfully submitted this 5th day of February, 2021.

By:   */s/Caitlin M. Madden*
**HAWKS QUINDEL, S.C.**
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, WI 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236